Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
29, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 30, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00183-CV

____________

 

IN RE JAMES HENRY ADUDDLE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 6, 2006, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relator
asked this court to compel the Honorable Olen Underwood, presiding judge of
the   Second Administrative Region and
the Honorable Thomas Culver, presiding judge of the 240th District Court of
Fort Bend County, to rule on his second motion for recusal.

Relator has not established that he is entitled
to mandamus relief.  Accordingly, we deny
relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 30, 2006.

Panel consists of
Chief Justice Hedges, Justices Yates and Guzman.